IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY PENTON, | No. 2:12-CV-1737-KJM-CMK-P |
|     Petitioner, | |
|  vs. | <u>ORDER</u> |
| GARY SWARTHOUT, | |
|     Respondent. | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole.

       On July 27, 2012, the court issued findings and recommendations that petitioner's motion for leave to proceed in forma pauperis be denied because petitioner has sufficient funds to pre-pay the filing fee. On August 24, 2012, petitioner paid the filing fee. The July 27, 2012, findings and recommendations will, therefore, be vacated and petitioner's motion for leave to proceed in forma pauperis will be denied as moot.

///

///

///

The court has examined petitioner's petition as required by Rule 4 of the Federal Rules Governing Section 2254 Cases.  It does not plainly appear from the petition and any attached exhibits that petitioner is not entitled to relief.  See id.  Respondent(s), therefore, will be directed to file a response to petitioner's petition.  See id.  If an answer to the petition is filed, such answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases.  Specifically, an answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issue(s) presented in the petition.  See id.  Failure to file a response within the time permitted by this order may result in the imposition of appropriate sanctions.  See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. The July 27, 2012, findings and recommendations are vacated;

2. Petitioner's motion for leave to proceed in forma pauperis (Doc. 2) is denied as moot;

3. Respondent(s) shall file a response to petitioner's petition within 60 days from the date of service of this order;

4. Petitioner's traverse or reply (if an answer to the petition is filed), if any, or opposition or statement of non-opposition (if a motion in response to the petition is filed) shall be filed and served within 30 days of service of respondent's response; and

5. The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's petition for a writ of habeas corpus and the court's Order re: Consent or Request for Reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: October 10, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE